Roscoe ARTIS, Plaintiff-Appellant,

v.

Earl H. STRICKLAND; North Carolina State Bar, Defendants-Appellees.

No. 17-7144

United States Court of Appeals, Fourth Circuit.

Submitted: January 18, 2018

Decided: January 22, 2018

Roscoe Artis, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roscoe Artis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have re-viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Artis v. Strickland,* No. 5:17-ct-03065-BO (E.D.N.C. Aug. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*